**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re | Chapter 11 |
| FICO FINANCIAL CORPORATION | Case No. 8:21-bk-03853-MGW |
| **PARUSA INVESTMENT CORPORATION** | **Case No. 8:21-bk-03854-MGW** |
| Debtors _____/ | *Joint Administration Pending* |

**NOTICE OF FILING DECLARATION UNDER**
**PENALTY OF PERJURY FOR NON-INDIVIDUAL DEBTORS**

Parusa Investment Corporation ("**Parusa**") and FICO Financial Corporation ("**FICO**") ("**Debtors**") hereby give notice of filing the attached Declaration Under Penalty of Perjury for Non-Individual Debtors, attached as **Exhibit A**.

Dated: July 28, 2021.

                                            Respectfully submitted,

                                            /s/ Megan W. Murray
                                            Scott A. Underwood
                                            Florida Bar Number 0730041
                                            Megan W. Murray
                                            Florida Bar Number 0093922
                                            Adam M. Gilbert
                                            Florida Bar Number 1011637
                                            UNDERWOOD MURRAY PA
                                            100 N Tampa St. Suite 2325
                                            Tampa, FL 33602
                                            Tel: (813) 540-8401
                                            Email: sunderwood@underwoodmurray.com
                                                          mmurray@underwoodmurray.com
                                                          agilbert@underwoodmurray.com
                                            *Proposed Counsel for the Debtors*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with the Clerk of Court, has been furnished electronically to those parties registered to receive service via CM/ECF, on July 28, 2021, including the United States Trustee, who is registered to receive electronic notices in this case.

                                            /s/ Megan W. Murray
                                            Megan W. Murray, Esq.

# EXHIBIT A

**Fill in this information to identify the case and this filing:**

Debtor Name: Parusa Investment Corporation

United States Bankruptcy Court for the: Middle District of Florida (State)

Case number (If known): 8:21-bk-03854-MGW

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [x] *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- [x] *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- [x] *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- [x] *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- [x] *Schedule H: Codebtors* (Official Form 206H)
- [x] *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- [x] Amended *Schedule* ____
- [x] *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- [ ] Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/28/2021
MM / DD / YYYY

X /s/ signature
Signature of individual signing on behalf of debtor

Christophe Rothpletz
Printed name

President
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors