8:18 PM
10/02/21
Accrual Basis

# Parusa Investment Corp.
## Balance Sheet
### As of September 30, 2021

|  | Sep 30, 21 |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Checking/Savings | |
|       Bank Accounts | |
|         Axos Bank-2468 | 242,601.15 |
|         BoA         7903 (PK) | 101,142.85 |
|       Total Bank Accounts | 343,744.00 |
|     Total Checking/Savings | 343,744.00 |
|     Accounts Receivable | |
|       Accounts Receivable | 4,937.50 |
|     Total Accounts Receivable | 4,937.50 |
|     Other Current Assets | |
|       Prepaid Legal Fees | 142,409.75 |
|       Stock | |
|         Fico Financial Corp. | 1,000.00 |
|       Total Stock | 1,000.00 |
|     Total Other Current Assets | 143,409.75 |
|   Total Current Assets | 492,091.25 |
|   Fixed Assets | |
|     Closing Cost | |
|       Closing Cost Amortization | -147,029.75 |
|       Closing Cost BoA | 147,029.75 |
|     Total Closing Cost | 0.00 |
|     Intangible | |
|       Leasing Commission Amortization | -16,850.00 |
|       Leasing Commissions | 118,940.40 |
|     Total Intangible | 102,090.40 |
|     Land | |
|       Cost of Land DWF | 383,270.97 |
|     Total Land | 383,270.97 |
|     Land & Building BoA | |
|       Accumulated Depreciatiion | -2,844,764.00 |
|       Building Addition | 2,067,579.27 |
|       Cost of Building | 3,454,969.50 |
|       Cost of Land | 420,703.00 |
|     Total Land & Building BoA | 3,098,487.77 |
|   Total Fixed Assets | 3,583,849.14 |

8:18 PM
10/02/21
Accrual Basis

# Parusa Investment Corp.
## Balance Sheet
As of September 30, 2021

|  | Sep 30, 21 |
|---|---:|
| **TOTAL ASSETS** | 4,075,940.39 |
| **LIABILITIES & EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         Accounts Payable | 195,755.42 |
|       Total Accounts Payable | 195,755.42 |
|       Other Current Liabilities | |
|         Loan Payable | |
|           Bestenheider (Disputed) | 5,565,786.80 |
|           CPA Ribaudes SA | 200,000.00 |
|         Total Loan Payable | 5,765,786.80 |
|         Security Deposits BoA | 4,303.50 |
|       Total Other Current Liabilities | 5,770,090.30 |
|     Total Current Liabilities | 5,965,845.72 |
|   Total Liabilities | 5,965,845.72 |
|   Equity | |
|     Common stock | 2,705.00 |
|     Paid in Capital | 2,842,063.91 |
|     Retained Earnings | -5,058,626.26 |
|     Net Income | 323,952.02 |
|   Total Equity | -1,889,905.33 |
| **TOTAL LIABILITIES & EQUITY** | 4,075,940.39 |

| | |
|---|---|
| 7:40 PM | **Parusa Investment Corp.** |
| 10/02/21 | **Profit & Loss** |
| Accrual Basis | September 2021 |

|  | Sep 21 |
|---|---:|
| **Ordinary Income/Expense** | |
|   Income | |
|     Rent BoA | |
|       AT&T - Cingular | 1,925.00 |
|       Bank of America | 25,173.08 |
|       CAM Refund | 913.11 |
|       Ex3 Facility Solutions LLC | 500.00 |
|       One Ring Networks, Inc. | 2,272.50 |
|       T-Mobile | 1,983.75 |
|       TX Department of HS | 99,114.10 |
|       USA Mobility/Metrocall/ArchWir | 765.00 |
|       Verizon | 1,900.00 |
|       WorkSource | 20,802.33 |
|     **Total Rent BoA** | **155,348.87** |
|   **Total Income** | **155,348.87** |
| **Gross Profit** | **155,348.87** |
|   Expense | |
|     BoA Building | |
|       Insurance | 80,667.39 |
|       Maintenance | |
|         Elevators | 1,080.00 |
|         Landscaping | 205.68 |
|         Windows | 2,262.05 |
|       **Total Maintenance** | **3,547.73** |
|       Management | |
|         Management Fees | 2,400.00 |
|       **Total Management** | **2,400.00** |
|       Repairs | |
|         Building | 1,603.03 |
|       **Total Repairs** | **1,603.03** |
|       Services | |
|         Janitorial | 10,593.13 |
|         Pest Control | 140.73 |
|         Telephone | 235.89 |
|       **Total Services** | **10,969.75** |
|       Utilities | |
|         Electricity | 19,707.84 |
|         Water | 3,060.95 |
|       **Total Utilities** | **22,768.79** |

| 7:40 PM | Parusa Investment Corp. | |
|---|---|---|
| 10/02/21 | **Profit & Loss** | |
| Accrual Basis | September 2021 | |

|  | Sep 21 |
|---|---:|
| Total BoA Building | 121,956.69 |
| **General & Administrative Exp** | |
|   Bank Service Charges | 40.00 |
| Total General & Administrative Exp | 40.00 |
| Total Expense | 121,996.69 |
| Net Ordinary Income | 33,352.18 |
| **Net Income** | **33,352.18** |

7:47 PM
10/02/21
Accrual Basis

| Type | Date | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| Bank Accounts | | | | | | | 253 767.70 |
| Axos Bank-2468 | | | | | | | 253 722.70 |
| Bill Pmt -Check | 09/01/2021 | Triton Elevator LLC | | Accounts Payable | | 1 080 00 | 252 642.70 |
| Bill Pmt -Check | 09/01/2021 | MITEC | Customer#0216008880 | Accounts Payable | | 763.16 | 251 879.54 |
| Deposit | 09/02/2021 | Verizon wireless | Deposit | Undeposited Funds | 1 900.00 | | 253 779.54 |
| Bill Pmt -Check | 09/03/2021 | LCP Original Touch | | Accounts Payable | | 102.84 | 253 676.70 |
| Check | 09/03/2021 | City of Grand Prairie | | Water | | 1 048 81 | 252 627.89 |
| Deposit | 09/03/2021 | One Ring Networks Inc. | Deposit | Undeposited Funds | 2 272.50 | | 254 900.39 |
| Check | 09/03/2021 | Transfer | Fico for Axos East Lake | Paid in Capital | | 2 272 50 | 252 627.89 |
| Deposit | 09/07/2021 | USA Mobility Wireless Inc. (Metrocall) | Deposit | Undeposited Funds | 765.00 | | 253 392.89 |
| Bill Pmt -Check | 09/08/2021 | Silverstones Inc. | | Accounts Payable | | 102.84 | 253 290.05 |
| Bill Pmt -Check | 09/08/2021 | Keen-Summit Capital Partners LLC | | Accounts Payable | | 75 000 00 | 178 290.05 |
| Bill Pmt -Check | 09/08/2021 | Ron Simon" | | Accounts Payable | | 1 762 05 | 176 528.00 |
| Bill Pmt -Check | 09/08/2021 | Ron Simon" | | Accounts Payable | | 500.00 | 176 028.00 |
| Check | 09/08/2021 | Transfer | Fico for Axos East Lake | Paid in Capital | | 765.00 | 175 263.00 |
| Bill Pmt -Check | 09/09/2021 | The Cincinnati Insurance Companies | Account Number: 1000545853 | Accounts Payable | | 9 610 00 | 165 653.00 |
| Check | 09/10/2021 | Transfer | | BoA 004773207903 (PK) | 1 978.75 | | 167 631.75 |
| Bill Pmt -Check | 09/13/2021 | City of Grand Prairie | 000740-000731 & 00742-000733 | Accounts Payable | | 1 500 00 | 166 131.75 |
| Check | 09/16/2021 | Buchanan Ingersoll & Rooney PC | Real Estate Attorney Retainer | Prepaid Legal Fees | | 35 000 00 | 131 131.75 |
| Check | 09/17/2021 | Transfer | | BoA 004773207903 (PK) | 99 050.00 | | 230 181.75 |
| Bill Pmt -Check | 09/17/2021 | Michael's Keys Inc. | | Accounts Payable | | 195.78 | 229 985.97 |
| Check | 09/17/2021 | AT&T | | Telephone | | 80.65 | 229 905.32 |
| Bill Pmt -Check | 09/21/2021 | Reliant Energy | 4 982 536-7 | Accounts Payable | | 19 707 84 | 210 197.48 |
| Bill Pmt -Check | 09/21/2021 | City Glass & Mirror Inc. | Customer Number: 05-0179253 | Accounts Payable | | 947.19 | 209 250.29 |
| Bill Pmt -Check | 09/21/2021 | Republic Services Inc. | Account number: 3-0794-1203294 | Accounts Payable | | 625.68 | 208 624.61 |
| Bill Pmt -Check | 09/22/2021 | CV Premier | | Accounts Payable | | 10 593.13 | 198 031.48 |
| Bill Pmt -Check | 09/22/2021 | Triton Elevator LLC | | Accounts Payable | | 1 080 00 | 196 951.48 |
| Bill Pmt -Check | 09/23/2021 | LCP Original Touch | | Accounts Payable | | 102.84 | 196 848.64 |
| Bill Pmt -Check | 09/23/2021 | Michael Nutt | Cust # 2112 | Accounts Payable | | 140.73 | 196 707.91 |
| Bill Pmt -Check | 09/24/2021 | I & E Services Inc. | Acc # 2046 | Accounts Payable | | 434.08 | 196 273.83 |
| Bill Pmt -Check | 09/24/2021 | City Glass & Mirror Inc. | Customer Number: 05-0179253 | Accounts Payable | | 460.06 | 195 813.77 |
| Check | 09/24/2021 | Transfer | | BoA 004773207903 (PK) | 46 004.51 | | 241 818.28 |
| Deposit | 09/25/2021 | Ex3 Facility Solutions LLC | Deposit | Undeposited Funds | 500.00 | | 242 318.28 |
| Check | 09/28/2021 | AT&T | | Telephone | | 155.24 | 242 163.04 |
| Check | 09/30/2021 | Ron Simon | September | Management Fees | | 2 400 00 | 239 763.04 |
| Deposit | 09/30/2021 | AT&T* | Deposit | Undeposited Funds | 1 925.00 | | 241 688.04 |
| Deposit | 09/30/2021 | T-Mobile USA Inc.* | Deposit | Undeposited Funds | 913.11 | | 242 601.15 |
| Total Axos Bank-2468 | | | | | 155 308.87 | 166 430.42 | 242 601.15 |
| BoA 7903 (PK) | | | | | | | 45.00 |
| Deposit | 09/02/2021 | T-Mobile USA Inc. | Deposit | Undeposited Funds | 1 983.75 | | 2 028.75 |
| Check | 09/10/2021 | Transfer | | Axos Bank-2468 | | 1 978 75 | 50.00 |
| Check | 09/10/2021 | Bank of America | Transfer fees | Bank Service Charges | | 30.00 | 20.00 |
| Deposit | 09/13/2021 | TX Department of HS | Deposit | Undeposited Funds | 99 114.10 | | 99 134.10 |
| Check | 09/17/2021 | Transfer | | Axos Bank-2468 | | 99 050 00 | 84.10 |
| Check | 09/17/2021 | Bank of America | Transfer fees | Bank Service Charges | | 5.00 | 79.10 |
| Deposit | 09/17/2021 | Bank of America N.A. | Deposit | Undeposited Funds | 25 173.08 | | 25 252.18 |
| Deposit | 09/24/2021 | WorkSource | Deposit | Undeposited Funds | 20 802.33 | | 46 054.51 |
| Check | 09/24/2021 | Transfer | | Axos Bank-2468 | | 46 004 51 | 50.00 |
| Check | 09/24/2021 | Bank of America | Transfer fees | Bank Service Charges | | 5.00 | 45.00 |
| Deposit | 09/25/2021 | TX Department of HS | Deposit | Undeposited Funds | 99 114.10 | | 99 159.10 |
| Deposit | 09/29/2021 | T-Mobile USA Inc. | Deposit | Undeposited Funds | 1 983.75 | | 101 142.85 |
| Total BoA 004773207903 (PK) | | | | | 248 171.11 | 147 073 26 | 101 142.85 |
| Total Bank Accounts | | | | | 403 479.98 | 313 503 68 | 343 744.00 |
| TOTAL | | | | | 403 479.98 | 313 503 68 | 343 744.00 |

Page 1 of 1



Date 9/30/21  
Primary Account  
Page 1  
2468

PARUSA INVESTMENT CORPORATION  
Debtor in Possession,  
Case # 8:21-bk-03854-MGW  
500 KNIGHTS RUN AVE. #914  
TAMPA FL 33602

Account Title: PARUSA INVESTMENT CORPORATION  
Debtor in Possession,  
Case # 8:21-bk-03854-MGW

```
Basic Business Checking            Number of Enclosures              21
Account Number              ?468   Statement Dates  9/01/21 thru 9/30/21
Previous Balance      253,722.70   Days in the statement period     30
    7 Deposits/Credits 152,271.37  Avg Daily Ledger        201,008.03
   24 Checks/Debits    163,392.92  Avg Daily Collected     200,833.43
Maintenance Fee              .00
Interest Paid                .00
Ending Balance        242,601.15
```

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 9/02 | MyDeposit | 1,900.00 |
| 9/10 | Wire Transfer Credit | 1,978.75 |
| | PARUSA INVESTMENT CORPORATION | |
| | PO BOX 33209 | |
| | PALM BEACH GARDENS, FL, 33420 | |
| | WEEKLY SWEEP | |
| | 20210910B6B7HU1R012674 | |
| | 20210910MMQFMP9N000318 | |
| | 09101418FT03 | |
| 9/20 | SENDER     PARUSA INVESTMEN | 99,050.00 |
| | CTX 113000024673269 | |
| 9/27 | SENDER     PARUSA INVESTMEN | 46,004.51 |
| | CTX 113000024958283 | |
| 9/27 | MyDeposit | 500.00 |



Date 9/30/21 Page 2
Primary Account 2468

Basic Business Checking         2468  (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 9/30 | MyDeposit | 913.11 |
| 9/30 | MyDeposit | 1,925.00 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 9/07 | BILLPAY    GRANDPRAIRIE WEB 091000010103812 PARUSA INVESTMENT CORP CITY OF GRAND P | 1,048.81- |
| 9/17 | Payment    ATT WEB 031100200130185 Christophe Rothpletz 740248002MYW9E | 80.65- |
| 9/28 | Payment    ATT WEB 031100205238852 Christophe Rothpletz 846673002MYW9P | 155.24- |

## CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 9/02 | 113 | 1,080.00 | 9/23 | 126 | 102.84 |
| 9/03 | 116* | 102.84 | 9/21 | 127 | 195.78 |
| 9/01 | 117 | 763.16 | 9/21 | 128 | 947.19 |
| 9/08 | 118 | 102.84 | 9/21 | 129 | 625.68 |
| 9/08 | 119 | 75,000.00 | 9/29 | 130 | 2,400.00 |
| 9/09 | 120 | 9,610.00 | 9/22 | 131 | 10,593.13 |
| 9/08 | 121 | 1,762.05 | 9/22 | 132 | 1,080.00 |
| 9/08 | 122 | 500.00 | 9/28 | 133 | 140.73 |
| 9/13 | 123 | 1,500.00 | 9/29 | 134 | 460.06 |
| 9/24 | 124 | 434.08 | 9/16 | 1001* | 35,000.00 |
| 9/21 | 125 | 19,707.84 | | | |

* Indicates Skip In Check Number Sequence



Date 9/30/21
Primary Account   2468
Page 3

Basic Business Checking          2468   (Continued)

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 9/01 | 252,959.54 | 9/13 | 166,131.75 | 9/24 | 196,414.56 |
| 9/02 | 253,779.54 | 9/16 | 131,131.75 | 9/27 | 242,919.07 |
| 9/03 | 253,676.70 | 9/17 | 131,051.10 | 9/28 | 242,623.10 |
| 9/07 | 252,627.89 | 9/20 | 230,101.10 | 9/29 | 239,763.04 |
| 9/08 | 175,263.00 | 9/21 | 208,624.61 | 9/30 | 242,601.15 |
| 9/09 | 165,653.00 | 9/22 | 196,951.48 | | |
| 9/10 | 167,631.75 | 9/23 | 196,848.64 | | |

*** END OF STATEMENT ***

Check 113   Date: 09/02   Amount: $1,080.00

Check 116   Date: 09/03   Amount: $102.84

Check 117   Date: 09/01   Amount: $763.16

Check 118   Date: 09/08   Amount: $102.84

Check 119   Date: 09/08   Amount: $75,000.00

Check 120   Date: 09/09   Amount: $9,610.00

Check 121   Date: 09/08   Amount: $1,762.05

Check 122   Date: 09/08   Amount: $500.00

Check 123   Date: 09/13   Amount: $1,500.00

Check 124   Date: 09/24   Amount: $434.08

Check 125   Date: 09/21   Amount: $19,707.84

Check 126   Date: 09/23   Amount: $102.84

Check  127   Date: 09/21   Amount: $195.78

Check  128   Date: 09/21   Amount: $947.19

Check  129   Date: 09/21   Amount: $625.68

Check  130   Date: 09/29   Amount: $2,400.00

Check  131   Date: 09/22   Amount: $10,593.13

Check  132   Date: 09/22   Amount: $1,080.00

Check  133   Date: 09/28   Amount: $140.73

Check  134   Date: 09/29   Amount: $460.06

Check  1001   Date: 09/16   Amount: $35,000.00

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.
- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)


MEMBER FDIC  EQUAL HOUSING LENDER

11:31 AM
10/01/21

# Parusa Investment Corp.
## Reconciliation Detail
Axos Bank-2468, Period Ending 09/30/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---:|---:|
| Beginning Balance | | | | | | 253,722.70 |
| **Cleared Transactions** | | | | | | |
| *Checks and Payments - 26 items* | | | | | | |
| Bill Pmt -Check | 09/01/2021 | 113 | Triton Elevator, LLC | X | -1,080.00 | -1,080.00 |
| Bill Pmt -Check | 09/01/2021 | 117 | MITEC | X | -763.16 | -1,843.16 |
| Check | 09/03/2021 | | Transfer | X | -2,272.50 | -4,115.66 |
| Check | 09/03/2021 | | City of Grand Prairie | X | -1,048.81 | -5,164.47 |
| Bill Pmt -Check | 09/03/2021 | 116 | LCP Original Touch | X | -102.84 | -5,267.31 |
| Bill Pmt -Check | 09/08/2021 | 119 | Keen-Summit Capi... | X | -75,000.00 | -80,267.31 |
| Bill Pmt -Check | 09/08/2021 | 121 | Ron Simon" | X | -1,762.05 | -82,029.36 |
| Check | 09/08/2021 | | Transfer | X | -765.00 | -82,794.36 |
| Bill Pmt -Check | 09/08/2021 | 122 | Ron Simon" | X | -500.00 | -83,294.36 |
| Bill Pmt -Check | 09/08/2021 | 118 | Silverstones,Inc. | X | -102.84 | -83,397.20 |
| Bill Pmt -Check | 09/09/2021 | 120 | The Cincinnati Insu... | X | -9,610.00 | -93,007.20 |
| Bill Pmt -Check | 09/13/2021 | 123 | City of Grand Prairie | X | -1,500.00 | -94,507.20 |
| Check | 09/16/2021 | | Buchanan Ingersoll... | X | -35,000.00 | -129,507.20 |
| Bill Pmt -Check | 09/17/2021 | 127 | Michael's Keys, Inc. | X | -195.78 | -129,702.98 |
| Check | 09/17/2021 | | AT&T | X | -80.65 | -129,783.63 |
| Bill Pmt -Check | 09/21/2021 | 125 | Reliant Energy | X | -19,707.84 | -149,491.47 |
| Bill Pmt -Check | 09/21/2021 | 128 | City Glass & Mirror, ... | X | -947.19 | -150,438.66 |
| Bill Pmt -Check | 09/21/2021 | 129 | Republic Services, I... | X | -625.68 | -151,064.34 |
| Bill Pmt -Check | 09/22/2021 | 131 | CV Premier | X | -10,593.13 | -161,657.47 |
| Bill Pmt -Check | 09/22/2021 | 132 | Triton Elevator, LLC | X | -1,080.00 | -162,737.47 |
| Bill Pmt -Check | 09/23/2021 | 133 | Michael Nutt | X | -140.73 | -162,878.20 |
| Bill Pmt -Check | 09/23/2021 | 126 | LCP Original Touch | X | -102.84 | -162,981.04 |
| Bill Pmt -Check | 09/24/2021 | 134 | City Glass & Mirror, ... | X | -460.06 | -163,441.10 |
| Bill Pmt -Check | 09/24/2021 | 124 | I & E Services, Inc. | X | -434.08 | -163,875.18 |
| Check | 09/28/2021 | | AT&T | X | -155.24 | -164,030.42 |
| Check | 09/30/2021 | 130 | Ron Simon | X | -2,400.00 | -166,430.42 |
| Total Checks and Payments | | | | | -166,430.42 | -166,430.42 |
| *Deposits and Credits - 9 items* | | | | | | |
| Deposit | 09/02/2021 | | Verizon wireless | X | 1,900.00 | 1,900.00 |
| Deposit | 09/03/2021 | | One Ring Networks... | X | 2,272.50 | 4,172.50 |
| Deposit | 09/07/2021 | | USA Mobility Wirele... | X | 765.00 | 4,937.50 |
| Check | 09/10/2021 | | Transfer | X | 1,978.75 | 6,916.25 |
| Check | 09/17/2021 | | Transfer | X | 99,050.00 | 105,966.25 |
| Check | 09/24/2021 | | Transfer | X | 46,004.51 | 151,970.76 |
| Deposit | 09/25/2021 | | Ex3 Facility Solution... | X | 500.00 | 152,470.76 |
| Deposit | 09/30/2021 | | T-Mobile USA, Inc.* | X | 913.11 | 153,383.87 |
| Deposit | 09/30/2021 | | AT&T* | X | 1,925.00 | 155,308.87 |
| Total Deposits and Credits | | | | | 155,308.87 | 155,308.87 |
| Total Cleared Transactions | | | | | -11,121.55 | -11,121.55 |
| Cleared Balance | | | | | -11,121.55 | 242,601.15 |
| Register Balance as of 09/30/2021 | | | | | -11,121.55 | 242,601.15 |



P.O. Box 15284
Wilmington, DE 19850

PARUSA INVESTMENT CORPORATION
BANK OF AMERICA TOWER
6739 SE SOUTH MARINA WAY
STUART, FL  34996-1993

## Business Advantage

**Customer service information**

☐ 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Business Advantage Relationship Banking

for September 1, 2021 to September 30, 2021                Account number:                7903

PARUSA INVESTMENT CORPORATION    BANK OF AMERICA TOWER

### Account summary

| | | |
|---|---|---|
| Beginning balance on September 1, 2021 | $45.00 | # of deposits/credits: 7 |
| Deposits and other credits | 248,196.11 | # of withdrawals/debits: 7 |
| Withdrawals and other debits | -147,058.26 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -40.00 | Average ledger balance: $33,011.85 |
| **Ending balance on September 30, 2021** | **$101,142.85** | [1]Includes checks paid,deposited items&other debits |

---

**BUSINESS ADVANTAGE**

**Put the power of our people, technology and data to work for you**

In October, National Women's Small Business Month recognizes the contributions of more than 12 million women entrepreneurs.
Learn more at **bankofamerica.com/SBwomen**.

SSM-05-21-0283.B | 3560722

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2021 Bank of America Corporation

Bank of America, N.A. Member FDIC and Equal Housing Lender



**Your checking account**

PARUSA INVESTMENT CORPORATION   |   Account #          7903   |   September 1, 2021 to September 30, 2021

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 09/02/21 | TMobileUSA PMD   DES:PAYMENT      ID:150129880420210  INDN:ParusaInvest.ACReceiva  CO ID:7010532275 CCD | 1,983.75 |
| 09/13/21 | HEALTH HUMAN SVC DES:INV-PAYMTS ID:16505289898000  INDN:PARUSA INVESTMEN       CO ID:1746000089 CTX  ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.  CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 99,114.10 |
| 09/17/21 | JLL CAS           DES:772576      ID:000000000017715  INDN:PARUSA INVESTMENT CORP  CO ID:UXXXXXXXXX CCD  PMT INFO:RMR*IK*772576\ | 25,173.08 |
| 09/17/21 | Temporary Credit Adjustment on 09/17/21 | 25.00 |
| 09/24/21 | DALLASCOUNTY 168 DES:CORP PAY   ID:  INDN:PARUSA INVESTMENT       CO ID:XXXXXXXXXA CCD | 20,802.33 |
| 09/27/21 | HEALTH HUMAN SVC DES:INV-PAYMTS ID:16505289898000  INDN:PARUSA INVESTMEN       CO ID:1746000089 CTX  ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.  CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 99,114.10 |
| 09/29/21 | TMobileUSA PMD   DES:PAYMENT      ID:150150250320210  INDN:ParusaInvest.ACReceiva  CO ID:7010532275 CCD | 1,983.75 |
| **Total deposits and other credits** | | **$248,196.11** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 09/10/21 | WIRE TYPE:WIRE OUT DATE:210910 TIME:1418 ET TRN:2021091000390456 SERVICE REF:012674 BNF:PARUSA INVESTMENT CORPORAT ID:890000052468 BNF BK:AXOS BANK ID:122287251 PMT DET:354880924 WE EKLY SWEEP | -1,978.75 |
| 09/17/21 | TRANSFER PARUSA INVESTMENT CO:Parusa Investment Co Confirmation# 1787686482 | -99,050.00 |
| 09/24/21 | TRANSFER PARUSA INVESTMENT CO:Parusa Investment Co Confirmation# 0251439616 | -46,004.51 |

Card account # XXXX XXXX XXXX 9599

| Date | Description | Amount |
|---|---|---|
| 09/15/21 | CHECKCARD  0914 AMZN DIGITAL*2G9Y 888-802-3080 WA 55310201258083756061550 CKCD 5818 XXXXXXXXXXXX9599 XXXX XXXX XXXX 9599 | -25.00 |
| **Subtotal for card account # XXXX XXXX XXXX 9599** | | **-$25.00** |
| **Total withdrawals and other debits** | | **-$147,058.26** |



SMALL BUSINESS RESOURCES

Information you need to guide your business every step of the way

Learn cash flow strategies, explore funding options, unlock the secrets of hiring and retaining employees and much more.

Visit bankofamerica.com/SBR today.

SSM-06-21-0059.B | 3598723

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 08/31/21. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓  $15,000+ combined average monthly balance in linked business accounts has been met

○  Become a member of Preferred Rewards for Business has not been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 09/10/21 | Wire Transfer Fee | -30.00 |
| 09/20/21 | External transfer fee - Next Day - 09/17/2021 | -5.00 |
| 09/27/21 | External transfer fee - Next Day - 09/24/2021 | -5.00 |
| **Total service fees** | | **-$40.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 09/01 | 45.00 | 09/15 | 99,109.10 | 09/24 | 50.00 |
| 09/02 | 2,028.75 | 09/17 | 25,257.18 | 09/27 | 99,159.10 |
| 09/10 | 20.00 | 09/20 | 25,252.18 | 09/29 | 101,142.85 |
| 09/13 | 99,134.10 | | | | |

8:22 PM  
10/02/21

**Parusa Investment Corp.**
## Reconciliation Detail
BoA    7903 (PK), Period Ending 09/30/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | 45.00 |
| Cleared Transactions | | | | | | |
| Checks and Payments - 6 items | | | | | | |
| Check | 09/10/2021 | | Transfer | X | -1,978.75 | -1,978.75 |
| Check | 09/10/2021 | | Bank of America | X | -30.00 | -2,008.75 |
| Check | 09/17/2021 | | Transfer | X | -99,050.00 | -101,058.75 |
| Check | 09/17/2021 | | Bank of America | X | -5.00 | -101,063.75 |
| Check | 09/24/2021 | | Transfer | X | -46,004.51 | -147,068.26 |
| Check | 09/24/2021 | | Bank of America | X | -5.00 | -147,073.26 |
| Total Checks and Payments | | | | | -147,073.26 | -147,073.26 |
| Deposits and Credits - 6 items | | | | | | |
| Deposit | 09/02/2021 | | T-Mobile USA, Inc. | X | 1,983.75 | 1,983.75 |
| Deposit | 09/13/2021 | | TX Department of HS | X | 99,114.10 | 101,097.85 |
| Deposit | 09/17/2021 | | Bank of America, ... | X | 25,173.08 | 126,270.93 |
| Deposit | 09/24/2021 | | WorkSource | X | 20,802.33 | 147,073.26 |
| Deposit | 09/25/2021 | | TX Department of HS | X | 99,114.10 | 246,187.36 |
| Deposit | 09/29/2021 | | T-Mobile USA, Inc. | X | 1,983.75 | 248,171.11 |
| Total Deposits and Credits | | | | | 248,171.11 | 248,171.11 |
| Total Cleared Transactions | | | | | 101,097.85 | 101,097.85 |
| Cleared Balance | | | | | 101,097.85 | 101,142.85 |
| Register Balance as of 09/30/2021 | | | | | 101,097.85 | 101,142.85 |
| Ending Balance | | | | | 101,097.85 | 101,142.85 |