# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION
# www.flmb.uscourts.gov

| | |
|---|---|
| In re | Chapter 11 |
| PARUSA INVESTMENT CORPORATION | Case No. 8:21-bk-03854-MGW |
| | *Jointly Administered* |
| FICO FINANCIAL CORPORATION | Case No. 8:21-bk-03853-MGW |
| Debtors. _____/ | |

## NOTICE OF REMOVAL OF SMYRNA PROPERTY FROM AUCTION

Parusa Investment Corporation and FICO Financial Corporation (collectively the "**Debtors**"), by and through undersigned counsel, file this Notice of Removal of Smyrna Property from Auction, and state:

1. The Smyrna Property, located at 3300 Highlands Parkway, Smyrna, Georgia 30082,[1] is being removed from the Auction currently scheduled for December 2, 2021, as set by the Court's Amended Order Approving Bidding Procedures (the "**Bid Procedures Order**") (Doc. No. 99).

2. The Debtors will not be accepting Bids[2] in connection with the Smyrna Property.

3. All interested parties who accessed the Data Room are reminded that they continue to be bound by the terms and conditions of the Seller's Non-Disclosure Agreement.

Dated November 23, 2021.

Respectfully submitted,

/s/ Adam M. Gilbert

---

[1] Smyrna Property is defined in the Bid Procedures Order (Doc. No. 99).
[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Bid Procedures Order.

        Scott A. Underwood
        Florida Bar Number 0730041
        Megan W. Murray
        Florida Bar Number 0093922
        Adam M. Gilbert
        Florida Bar Number 1011637
        UNDERWOOD MURRAY, P.A.
        Regions Building
        100 N. Tampa St., Suite 2325
        Tampa, FL 33602
        Tel: (813) 540-8401 / Fax: (813) 553-5345
        Email: sunderwood@underwoodmurray.com
              mmurray@underwoodmurray.com
              agilbert@underwoodmurray.com
        *Counsel to the Debtors*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with the Clerk of Court, has been furnished electronically to those parties registered to receive service via CM/ECF, on November 23, 2021, including the United States Trustee, who is registered to receive electronic notices in this case.

        /s/ Adam M. Gilbert
        Adam M. Gilbert, Esq.