**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re | Chapter 11 |
| PARUSA INVESTMENT CORPORATION | Case No. 8:21-bk-03854-MGW |
| | *Jointly Administered* |
| FICO FINANCIAL CORPORATION | Case No. 8:21-bk-03853-MGW |
| Debtors._____/ | |

**NOTICE OF NEW IN-PERSON AUCTION LOCATION & ZOOM PROCEDURES**

**\*\*\*IN-PERSON ATTENDANCE OPTION FOR AUCTION
TO BE MOVED TO REGIONS BUILDING, 16th FLOOR\*\*\***

Parusa Investment Corporation and FICO Financial Corporation (the "**Debtors**"), by and through undersigned counsel, file this Notice of New In-Person Auction Location pursuant to this Court's Amended Order Approving Bidding Procedures (Doc. No. 99). As set forth below, the Debtors advise all parties in interest as follows:

1. The Auction (for those who opt to attend in person) is scheduled to take place on December 2, 2021, at 10:00 a.m. EST.[1]

2. To accommodate additional in-person attendance, the Debtors file this Notice to update the suite location of the Auction and add a virtual option for attendance, as follows:

   i. The Auction will take place on Zoom *and* in person at the **Regions Building, 100 N. Tampa St., Suite 1650, Tampa, FL 33602**, simultaneously, on December 2, 2021 @ 10:00 a.m. EST.

---

[1] The Auction was originally scheduled to take place at Underwood Murray, P.A., 100 N Tampa St. Suite 2325, Tampa, FL 33602.

ii. The Debtors may provide more specific times to Qualified Bidders (as defined in the Amended Order Approving Bidding Procedures, Doc. No. 99) for the start of the auction for specific Properties.

iii. The Zoom link for attendance at the Auction virtually, is as follows:

Topic: Parusa FICO Zoom Auction
Time: December 2, 2021, 10:00 AM Eastern Time (US and Canada)

Join Zoom Meeting
https://esquiresolutions.zoom.us/j/91796382064?pwd=VjF2bU9pWmdUZzZqZjNEbnY2Y2RUZz09

Meeting ID: 91796382064
Meeting Passcode (if needed): 7684185

Joining the Proceeding by phone or room system:
+1 669 900 6833 or +1 346 248 7799 US Toll

International numbers available:
https://esquiresolutions.zoom.us/u/ac8AJQYpY8

If joining from an H.323/SIP room system:
Dial: 162.255.37.11 (US West) or 162.255.36.11 (US East)

Dated: November 24, 2021.

Respectfully submitted,

/s/ Megan W. Murray
Scott A. Underwood
Florida Bar Number: 0730041
Megan W. Murray
Florida Bar Number: 0093922
Adam M. Gilbert
Florida Bar Number: 1011637
UNDERWOOD MURRAY, P.A.
Regions Building
100 N Tampa St., Suite 2325
Tampa. Fl. 33602
Tel: (813)-540-8401 / Fax: (813) 553-5345
Email: sunderwood@underwoodmurray.com
mmurray@underwoodmurray.com
agilbert@underwoodmurray.com
*Counsel to the Debtors*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with the Clerk of Court, has been furnished electronically to those parties registered to receive service via CM/ECF, and to those parties on the attached service matrix who do not receive electronic service via CM/ECF, and to the following, via First Class U.S. Mail on November 24, 2021.

New Cingular Wireless PCS, LLC
Attn: Network Real Estate Administration
Re: Cell Site #: DX4l54; Cell Site Name: Jefferson St I Carrier Pkwy (TX)
Fixed Asset No: 11583413
12555 Cingular Way, Suite 1300
Alpharetta, Georgia 30004

New Cingular Wireless PCS, LLC
Attn: Legal Department
Re: Cell Site#: DX4154; Cell Site Name: Jefferson St I Carrier Pkwy (TX)
Fixed Asset No: 11583413
15 East Midland Avenue
Paramus, NJ 07652

Bank of America, N.A.
1025 Elm Street, 9th Floor
Mail Code; TXl-944-09-05
Dallas, Texas 75202-3113

Bank of America, National Association
NC2-150-03-06
13850 Ballantyne Corporate Place
Charlotte, NC 28277
Attention: Lease Administration (MH# TX2-506)

Sarah A. Harmon, Vice President
Bank of America, National Association
214 N. Tryon Street
Mail Code NCl-027-MZ-01
Charlotte, North Carolina 28255

VOICESTREAM GSM I OPERATING COMPANY, LLC.
12920 SE 38" Street
Bellevue, WA 98006
Attn: PCS Lease Administrator

VOICESTREAM GSM I OPERATING COMPANY, LLC.
12920 SE 38" Street
Bellevue, WA 98006
Attn: Legal Department

VOICESTREAM GSM I OPERATING COMPANY, LLC.
Attn: Lease Administrator
11830 Webb Chapel
Suite 5000
Dallas, TX 75234

Paging Network of Dallas/Ft. Worth, Inc.
5429 LBJ Freeway, Suite 300
Dallas, Texas 74240
Attn: Systems Manager

Dallas County Local Workforce Development Board, Inc. d/b/a
WorkSource of Dallas County
801 West Freeway, Suite 500
Grand Prairie, TX 75051

3

| | |
|---|---|
| Automotive Finance Corporation<br>13085 Hamilton Crossing Blvd., Suite 310<br>Carmel, IN 46032 | Henkel Corporation<br>Suite 200 Triad<br>2200 Renaissance Blvd.<br>Gulph Mills, PA 19406 |
| Smith Seckman Reid, Inc.<br>2995 Sidco Drive<br>Nashville, TN 37204<br>Attn: Tim Priddy | Southeastern Traffic Supply LLC<br>1500 Veterans Memorial Highway<br>Mableton, GA 30126 |
| DRS Technical Services, Inc.<br>c/o DRS Defense Solutions, LLC<br>530 Gaither Road, Suite 900<br>Rockville, Maryland 20850<br>Attn: Joseph Port, Esquire, SVP and General Counsel | Technology Integration Group<br>5850 West Cypress Street<br>Tampa, Florida 33609 |
| ASPI Select, LLC<br>5850 W. Cypress Dr., Suite B<br>Tampa, FL 33607 | |

/s/ Megan W. Murray, Esq.
Fla. Bar No. 0093922

Label Matrix for local noticing
1139A
Case 8:21-bk-03854-MGW
Middle District of Florida, Tampa
11/24/2021 1:42:39 PM

AT&T
PO Box 105414
Atlanta, GA 30348-5414

AT&T
208 S Akard Street, Suite 3050.01
Dallas, TX 75202

Access Security Technology, Inc.
PO Box 478
Kennesaw, GA 30156-0478

All State RCA, LLC
2670 W. Berkeley Lake Road NW, Suite 14
Duluth, GA 30096-4006F

Alsco
4111 Pleasantdale Rd
Doraville, GA 30340

Air Conditioning Innovatve Solutions, Inc.
PO Box 3274
McKinney, TX 75050-8185

Aircond Corporation dba EMCOR Services
PO Box 945617
Atlanta, GA 30394-5617

American Express
PO Box 650448
Dallas, TX 75265-0448

American Express National Bank –
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Arrow Environmental Services, LLC
6225 Tower Lane
Sarasota, FL 34240-8808

Associated Plumbing
7402 N 56th St., Ste. 525
Tampa, FL 33617-7709

(p) AUTOMOTIVE FINANCE CORPORATION
11299 N ILLINOIS ST
CARMEL, IN 46032-8887

Bank of America
PO Box 660441
Dallas, TX 75266-0441

Bridge Way HHA Metro, LLC
3300 Highlands Parkway
Suite 170
Smyrna, GA 30082-7216

Burke Bogdanowicz PLLC
c/o Aaron Burke
1201 Elm Street
Suite 400
Dallas, TX 75270-2171

C&R Tax & Accounting Services, LLC
500 Knights Run Ave., #914
Tampa, FL 33602-6010

CPA Richard SA
c/o Yvonne Martin
Chemin des Ribaudes 40
200 Neuchatel, Switzerland

CV Premier
PO Box 168022
Irving, TX 75016-8022

Caldera Specialty Finance Holding Co., LLC
3300 Highlands Parkway
Suite 290
Smyrna, GA 30082-7252

Carlisle Power Systems
100 Chamber Circle
Suite 1007
Waxahachie, TX 75165-7853

Charter Communications
d/b/a Spectrum Business
PO Box 94188
Palatine, IL 60094-4188

Christophe Rothpletz
500 Knights Run Ave. #914
Tampa, FL 33602-6007

Cintas Fire Protection
PO Box 636525
Cincinnati, OH 45263-6525

City of Grand Prairie
Code Enforcement Division
PO Box 534045
Grand Prairie, TX 75053-404

City of Grand Prairie Water Utilities
PO Box 660814
Dallas, TX 75266-0814

City of Lake Wales / Utilities Department
PO Box 1320
Lake Wales, FL 33859-1320

City of Smyrna / Utilities Department
2800 King Street
Smyrna, GA 30080-3506

City of Tampa Utilities
306 E. Jackson St., #5E
Tampa, FL 33602-5208

Cobb County Water Systems
PO Box 580440
Charlotte, NC 28258-0440

| | | |
|---|---|---|
| Comcast<br>3010 Herring Avenue<br>Sebring, FL 33870-1001 | Comcast Cable Communications, LLC<br>1500 Market Street<br>Attn: General Counsel<br>Philadelphia, PA 19102-2100 | Comcast of Colorado/Florida/Michigan/N Mex<br>c/o Comcast Cable Communications, LLC<br>1500 Market Street<br>Philadelphia, PA 19102-2100 |
| Commercial Janitorial Services of Central FL<br>PO Box 104<br>Eagle Lake, FL 33839-0104 | Commercial Fire & Communications, Inc.<br>16333 Bay Vista Drive<br>Clearwater, FL 33760 | Conrod Enterprises, Inc. dba Dependable Term<br>3500 Highlands Parkway<br>Suite 140<br>Smyrna, GA 30082-7230 |
| Constellation Newenergy-Gas Division, LLC<br>PO Box 5472<br>Carol Stream, IL 60197-5472 | Cypress Training Holdings, LLC<br>5850 W. Cypress St.<br>Tampa, FL 33607-1738 | D. McClain ENT, LLC dba All Star Grill<br>2019-2025 State Road 60 East<br>Lake Wales, FL 33898-5113 |
| Dallas County Local Workforce<br>Development Board, Inc.<br>500 N. Akard St., Suite 500<br>Dallas, TX 75201 | Dallas MTA, L.P.<br>d/b/a Verizon Wireless<br>Attn: Network Real Estate<br>180 Washington Valley Rd.<br>Bedminster, NJ 07921 | Dallas MTA, L.P.<br>d/b/a Verizon Wireless<br>One Verizon Way, M.S. 4AW100<br>Basking Ridge, NJ 07920 |
| Daxco Lawn Maintenance, LLC<br>PO Box 260517<br>Tampa, FL 33685 | Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | Ducks Lawn & Tree Service, LLC<br>2130 Greenway Dr.<br>Winter Haven, FL 32881-1279 |
| Duke Energy<br>2051 Old Scenic Hwy<br>Lake Wales, FL 33898-766 | DynaFire, LLC<br>109 Concord Drive<br>Suite B<br>Casselberry, FL 32707-3219 | EDC Electronic Directory Corporation<br>PO Box 8127<br>Chicago, IL 60680-812 |
| EMCOR Services Aircond<br>Attn: Christian Pedersen, CCE<br>400 Lake Ridge Drive SE<br>Smyrna, GA 30082-5236 | Evarts Tremaine<br>1111 Superior Ave.<br>Suite 420<br>Cleveland, OH 44114-2529 | Ex3 Facility Solutions, LLC<br>801 S. State Highway 161, Suite 255<br>Grand Prairie, TX 75051 |
| FICO Financial Corp. *<br>500 Knights Run Ave. #914<br>Tampa, FL 33602-6010 | Fire Power Systems, Inc.<br>1171 Ruggles Dr.<br>Grand Prairie, TX 75050-2659 | Fireman's Contractors, Inc.<br>2313 E. Loop 820 N.<br>Fort Worth, TX 76118 |
| Forest Landowners Association, Inc.<br>3300 Highlands Parkway<br>Suite 200<br>Smyrna, GA 30082-7252 | Fort Knox Fire and Communications, Inc.<br>5005 Clark Ave.<br>Tampa, FL 33614 | Frontier Communications<br>401 Merritt 7<br>Norwalk, CT 06851-1069 |
| Fuego Church, Inc.<br>PO Box 606<br>Dundee, FL 33838 | GFM Janitorial, LLC<br>8635 W Hillsborough Ave., #157<br>Tampa, FL 33615-3810 | Georgia Department of Revenue<br>PO Box 105136<br>Atlanta, GA 30348-5136 |

Georgia Power *
241 Ralph McGill Blvd.
Atlanta, GA 30308-3374

Gibbs Landscaping Co.
4035 Atlanta Blvd.
Smyrna, GA 30080-5909

Haggerty Electric
PO Box 765161
Dallas, TX 75376-5161

Hegwood Group LP
16990 Dallas Pkwy.
Suite 215
Dallas, TX 75248-1973

Henkel Consumer Adhesives, Inc.
3300 Highlands Parkway
Suite 190
Smyrna, GA 30082-7256

(p) HENKEL CORPORATION
1 HENKEL WAY
Attn: CFO
ROCKY HILL, CT 06067-3581

Highlands Park Owners Association/Comm.
PO Box 65851
Phoenix, AZ 85082-5851

Highlands Park Owners Association, Inc.
1465 Northside Dr. NW, Ste. 128
Atlanta, GA 30318-4220

Hughes Turner Phillips Associates, LLC
2970 Clairmont Road NE, Suite 560
Atlanta, GA 30329

I & E Services, Inc.
3102 Kiowa Avenue
Fort Worth, TX 76114-1234

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

John M. Craig
Law Firm of Russell R. Johnson III, PLC
258 Wheatlands Drive
Manakin-Sabot, VA 23103

Kara Rockenbach Link
Link & Rockenbach, PA
1555 Palm Beach Lakes Blvd.
Suite 930
West Palm Beach, FL 33401-2350

Keen Summit Capital Partners, LLC
Attn: Harold Bordwin
500 West 111 St., #6C
New York, NY 10025-1908

Leonardo DRS, Inc.
Attn: Legal Dept.
2345 Crystal Drive, Suite 1000
Arlington, VA 22202

Levco Construction
3330 Cranmore Chase
Marietta, GA 30066-4790

Luster C. Polite dba LCP Original Touch
PO Box 661
Cedar Hill, TX 75106-0661

Magellan Properties, Incl
4780 Ashford Dunwoody Rd.
Suite 540 Suite 362
Atlanta, GA 30338-5504

Magic Nails and Spa
2015 & 2-17 State Road 60 East
Lake Wales, FL 33853

Main Street Renewal LLC
5001 Plasa on the Lake, Suite 200
Austin, TX 78746

Masters Touch Building Works LLC
1008 Hidden Court
Lakeland, FL 33809-6644

MetroPCS Texas, LLC
As Lessee
8144 Walnut Hill Lane, Suite 800
Dallas, TX 75231

Michael Nutt dba Southern Quality Organic
1015 Willowbrook Circle
Grand Prairie, TX 75052-7557

Michael's Keys, Inc.
206 W. Bedford Euless Rd.
Hurst, TX 76503-4009

MITEC
2445 Meadowbrook Parkway
Duluth, GA 30096-4636

Ntegrity Electric, LLC
14906 Greeley Drive
Tampa, FL 33652

One Ring Networks, inc.
411 E. Clinton Ave.
Athens, TX 75751-3420

Parusa Investment Corporation *
500 Knights Run Ave. #914
Tampa, FL 33602-6010

Paragon Business Park I Associates, Ltd.
101 E. Kennedy Blvd., Suite 4000
Tampa, FL 33602

Paragon Business Park II Associates, Ltd.
101 E. Kennedy Blvd., Suite 4000
Tampa, FL 33602

Paragon Park Holding Company, Ltd.
c/o Paragon Group
7557 Rambler Rd., #700
Dallas, TX 75231

Patterson International Service Corp.
7107 N. Florida Avenue
Tampa, FL 33604-4833

PC Specialists, Inc. dba Technology Integrat
5850 W. Cypress St., Suite A
Tampa, FL 33607-1738

ProWasteUSA, LLC
PO Box 1528
Englewood, FL 34295-1528

Rainmaker Irrigation & Landscaping, Inc.
36181 E. Lake Road, #101
Palm Harbor, FL 34685-3142

RCC Vision, Inc.
500 Knights Run Ave. #914
Tampa, FL 33602-6010

Reliant Energy Retail Services, LLC
PO Box 120954
Dallas, TX 75312-0954

Republic National Distribution Company
3300 Highlands Parkway, Suite 253
Attn: Lease Coordinator
Smyrna, GA 30082-7252

Republic Services, Inc.
3820 Main Ave.
Lakeland, FL 33801-9757

Republic Services, Inc.
PO Box 78829
Phoenix, AZ 85062-8829

Roland Rothpletz
6739 SE South Marina Way
Stuart, FL 34996-1993

Ron Simon
1914 Lewis Trail
Grand Prairie, TX 75752

Ronald Wayne Richards dba RWR Handyman
818 Sandra Lane
Grand Prairie, TX 75052-2316

Roofmaster Maintenance & Roofing, Inc.
4763 Vicksburg St.
Dallas, TX 75207-5307

Sandy Music
dba United Country Music Realty
2035 State Road 60 East
Lake Wales, FL 33898-511

Saunders Ralston Dantzler Real Estate LLC
1723 Bartow Rd.
Lakeland, FL 33801-6553

Scott Konopka, Esq.
Mrachek, Fitzgerald, et al.
1000 SE Monterey Commons Blvd.
Suite 306
Stuart, FL 34996-3342

Screaming 4TB, Toppers, LLC
dba Toppers
2607 Broker Trace Lane
Valrico, FL 33596

Sedgefield Interior Landscapes, Inc.
3062 Kingston Ct SE
Marietta, GA 30067-8937

Silverstones, Inc.
PO Box 538
Prosper, TX 75078-0538

Sixta Financial, Inc.
PO Box 33209
Palm Beach Gardens, FL 33420-3209

Smith Seckman Reid, Inc. *
3300 Highlands Parkway
Suite 295
Smyrna, GA 30082-7252

Southeastern Traffic Supply LLC
3300 Highlands Parkway
Suite 110
Smyrna, GA 30082-7230

T-Mobile
Attn: Lease Compliance
12920 SE 38th Street
Bellevue, WA 98006

Southeastern Traffic Supply LLC
3300 Highlands Parkway
Suite 110
Smyrna, GA 30082-7230

T-Mobile
Attn: Lease Compliance
12920 SE 38th Street
Bellevue, WA 98006

(p) T-MOBILE
C/O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE.
OKLAHOMA CITY, OK 73118-7901

TECO Tampa Electric *
701 North Franklin Street
Tampa, FL 33602-4443

Ted Tamargo
Buchanan Ingersoll & Rooney PC
401 East Jackson Street, Suite 2400
Tampa, FL 33602-5326

Tejas State Plumbing, Inc.
1664 Lancelot Lane
Arlington, TX 76014-1539

Terminix Global Holdings, Inc.
Attn: CFO
150 Peabody Place
Memphis, TN 38103

Texas Department of Human Services
801 West Freeway, Suite 710
Grand Prairie, TX 75051

The Krauss Organization, Inc.
c/o Frank Cisneros
711 N. Sherrill St.
Tampa, FL 33609

Texas Facilities Commission
Attn: Amanda Brainard, Leasing Division
1711 San Jacinto Blvd.
Austin, TX 78701

The Service Fort, LLC
4279 Roswell Rd. NE
Suite 102-106
Atlanta, GA 30342-3769

Tim B. Wright, Esq.
1002 SE Monterey Commons Blvd.
Suite 100
Stuart, FL 34996-3357

Tim's Lawn Service & More
2109 Gary Road
Auburndale, FL 33823-4724

Triton Elevator, LLC
815 Mercury Avenue
Duncanville, TX 75137-2233

Troy Duval dba ENS
549 Windy Lane
Cedar Hill, TX 75014

USA Mobility Wireless, Inc.
Attn: Site Lease
3000 Technology Dr., #400
Plano, TX 75704

Voicestream GSM 1 Operating Company, LLC
As Lessee
11830 Webb Chappel, Suite 5000
Dallas, TX 75234

Willis Roofing & Waterproofing LLC
225 South 78th Street
Tampa, FL 33619-4225

William J. Berg
Kitchens Kelley Gaynes PC
5555 Glenridge Connector, Suite 800
Atlanta, GA 30342-4728

Wright, Ponsoldt & Lozeau Trial Attorneys LLP
1002 SE Monterey Commons Blvd.
Suite 100
Stuart, FL 34996-3357

Xavier Bestenheider *
Bureau 21 SA, Route du Rawyl 42
3963 Crans Montana, Switzerland

Xavier Bestenheider
c/o Scott Konopka, Esq.
1000 SE Monterey Commons Blvd.
Suite 306
Stuart, FL 34996-3342

Xavier Bestenheider *
c/o Stephanie Lieb, Esq.
101 E. Kennedy Blvd., Suite 2700
Tampa, FL 33602-5150

Xavier Bestenheider
Sixta Financial, Inc.
Bureau 21 SA, Route du Rawyl 42
3963 Crans Montana, Switzerland

Edmund S. Whitson III + *
Adams and Reese LLP
101 E. Kennedy Blvd., Suite 4000
Tampa, FL 33602-5152

United States Trustee – TPA +
Timberlake Annex, Suite 1200
501 E. Polk St.
Ta,[a. F: 33602-3949.

Nicole Peair + *
Timberlake Annex
501 East Polk Street, Suite 1200
Tampa, FL 33602-3945

Stephanie C Lieb + *
Trenam Law
101 E. Kennedy Blvd., Suite 2700
Tampa, FL 33602-5150

Scott A Underwood + *
Underwood Murray, P.A.
100 North Tampa St., Suite 2325
Tampa, FL 33602-5842

Megan Wilson Murray + *
Underwood Murray, P.A.
100 North Tampa St., Suite 2325
Tampa, FL 33602-5842

Adam M Gilbert + *
Underwood Murray, P.A.
100 North Tampa St., Suite 2325
Tampa, FL 33602-5842

Zachery J. Bancroft + *
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
PO Box 1549
Orlando, FL 32802-1549

Note: Entries with a '+' at the end of the name will not be served via mail because they receive notices by CM/ECF

Note: Entries with a '*' at the end of the name will not be served via mail because counsel for those entities & individuals receive notices by CM/ECF