**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re                                              Chapter 11

PARUSA INVESTMENT CORPORATION          Case No. 8:21-bk-03854-MGW

                                                   *Jointly Administered*

FICO FINANCIAL CORPORATION              Case No. 8:21-bk-03853-MGW

        Debtors.
_____/

## NOTICE OF FILING BALLOTS

Parusa Investment Corporation and FICO Financial Corporation (the "**Debtors**"), by and through undersigned counsel, file this Notice of Filing the attached Ballots, which have been submitted online on behalf of the creditors listed below:

1. American Express National Bank

2. Air Conditioning Innovative Solutions, Inc., dba ACIS, Inc.

3. Commercial Fire and Communications, Inc.

4. CV Premier

5. DRS Global Enterprise Solutions, Inc.

6. DynaFire LLC

7. Haggerty Electric, LLC

8. Levco Construction Inc.

9. Patterson International Service Corp.

10. Saunders Ralsten Dantzler Real Estate LLC

11. Sedgefield Interior Landscapes, Inc.

12.    The Krauss Organization, Inc.

13.    The Service Fort, LLC

14.    Wright, Ponsoldt & Lozeau, Trial Attorneys, LLP


Dated: November 30, 2021.

Respectfully submitted,

/s/ Megan W. Murray
Scott A. Underwood
Florida Bar Number: 0730041
Megan W. Murray
Florida Bar Number: 0093922
Adam M. Gilbert
Florida Bar Number: 1011637
UNDERWOOD MURRAY, P.A.
Regions Building
100 N Tampa St., Suite 2325
Tampa. Fl. 33602
Tel: (813)-540-8401 / Fax: (813) 553-5345
Email: sunderwood@underwoodmurray.com
        mmurray@underwoodmurray.com
        agilbert@underwoodmurray.com
*Counsel to the Debtors*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with the Clerk of Court, has been furnished electronically to those parties registered to receive service via CM/ECF, on November 30, 2021.

/s/ Megan W. Murray, Esq.
Fla. Bar No. 0093922

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re                                              Chapter 11

PARUSA INVESTMENT CORPORATION        Case No. 8:21-bk-03854-MGW

                                                   *Jointly Administered*

FICO FINANCIAL CORPORATION           Case No. 8:21-bk-03853

        Debtors
_____/

## BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF REORGANIZATION

      The Joint Plan of Reorganization of Parusa Investment Corporation and FICO Financial Corporation, (the "**Plan**") (Doc. No. 108) filed by Parusa Investment Corporation and FICO Financial Corporation, (collectively the "**Debtors**") can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan.

      In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

      To have your vote count, you must complete and return this ballot.

---

Name of Creditor: American Express National Bank

Amount of Claim: $478.26                          Account Ending: 6009

Class: (circle one)      1      2      3      4      (5)      6

The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above

    [X] Accepts                                   [ ] Rejects

the Debtors' Plan of Reorganization.

---

Signed: _____

Print or Type Name:  Kenneth W. Kleppinger

Title:  Attorney/Agent for creditor

Name of Company:  c/o Becket & Lee LLP

Address:  PO Box 3001, Malvern PA 19355

| This ballot must be received on or before November 28, 2021 at the Court at the following address: | A copy of this ballot must be sent to: |
|---|---|
| CLERK, United States Bankruptcy Court for the Middle District of Florida<br>    Sam M. Gibbins U.S. Courthouse<br>    801 N Florida Avenue, Suite 555<br>    Tampa, Florida, 33602-3826<br><br>**Or submitted electronically through the Court's website at:**<br><br>www.flmb.uscourts.gov<br><br>and selecting "Electronic Filings" and "Chapter 11 Ballots" | Underwood Murray P.A.<br>c/o Scott A. Underwood<br>100 N Tampa, Suite 2325<br>Tampa, Florida 33602<br>Email: dstrand@underwoodmurray.com<br>Attorneys for Debtor |

| SUMMARY OF CLASSIFICATION OF CLAIMS OR INTERESTS<br>[for a full description of the claims and interests in each class, please refer to the Debtors' Plan of Reorganization] | |
|---|---|
| **Class** | **Description of Claim or Interest** |
| 1 | Unsecured Claims of Bestenheider against FICO |
| 2 | Unsecured Claims against FICO |
| 3 | Equity Interests in FICO |
| 4 | Unsecured Claims of Bestenheider Against Parusa |
| 5 | Unsecured Claims against Parusa |
| 6 | Equity Interests in Parusa |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re                                                Chapter 11

PARUSA INVESTMENT CORPORATION       Case No. 8:21-bk-03854-MGW

                                                     *Jointly Administered*

FICO FINANCIAL CORPORATION          Case No. 8:21-bk-03853

                 Debtors
_____/

**BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF REORGANIZATION**

The Joint Plan of Reorganization of Parusa Investment Corporation and FICO Financial Corporation, (the "**Plan**") (Doc. No. 108) filed by Parusa Investment Corporation and FICO Financial Corporation, (collectively the "**Debtors**") can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan.

In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

To have your vote count, you must complete and return this ballot.

---

Name of Creditor: _Air Conditioning Innovative Solutions, Inc. dba ACIS, Inc._

Amount of Claim: _$ 23,565.14_

Class: (circle one)         1         2         3         4        (5)        6

The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above

        [✓] Accepts                              [ ] Rejects

the Debtors' Plan of Reorganization.

---

1

Signed: _____

Print or Type Name: _Colbie MacPhie_____

Title: __Accounts Receivable Manager_____

Name of Company: __Air Conditioning Innovative Solutions, Inc. dba ACIS_, Inc.

Address: _1028 N. McDonald St. McKinney, TX  75069_____

| This ballot must be received on or before November 28, 2021 at the Court at the following address: | A copy of this ballot must be sent to: |
|---|---|
| CLERK, United States Bankruptcy Court for the Middle District of Florida <br> Sam M. Gibbins U.S. Courthouse <br> 801 N Florida Avenue, Suite 555 <br> Tampa, Florida, 33602-3826 <br><br> **Or submitted electronically through the Court's website at:** <br><br> www.flmb.uscourts.gov <br><br> and selecting "Electronic Filings" and "Chapter 11 Ballots" | Underwood Murray P.A. <br> c/o Scott A. Underwood <br> 100 N Tampa, Suite 2325 <br> Tampa, Florida 33602 <br> Email: dstrand@underwoodmurray.com <br> Attorneys for Debtor |

| SUMMARY OF CLASSIFICATION OF CLAIMS OR INTERESTS | |
|---|---|
| [for a full description of the claims and interests in each class, please refer to the Debtors' Plan of Reorganization] | |
| **Class** | **Description of Claim or Interest** |
| 1 | Unsecured Claims of Bestenheider against FICO |
| 2 | Unsecured Claims against FICO |
| 3 | Equity Interests in FICO |
| 4 | Unsecured Claims of Bestenheider Against Parusa |
| 5 | Unsecured Claims against Parusa |
| 6 | Equity Interests in Parusa |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re                                            Chapter 11

PARUSA INVESTMENT CORPORATION        Case No. 8:21-bk-03854-MGW

                                                 *Jointly Administered*

FICO FINANCIAL CORPORATION           Case No. 8:21-bk-03853

            Debtors

_____/

## BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF REORGANIZATION

The Joint Plan of Reorganization of Parusa Investment Corporation and FICO Financial Corporation, (the "**Plan**") (Doc. No. 108) filed by Parusa Investment Corporation and FICO Financial Corporation, (collectively the "**Debtors**") can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan.

In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

To have your vote count, you must complete and return this ballot.

| |
|---|
| Name of Creditor: Commercial Fire and Communications, Inc. |
| Amount of Claim: $ 2,398.00 |
| Class: (circle one)      1     ②     3     4     5     6 |
| The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above |
| ☒ Accepts                              [ ] Rejects |
| the Debtors' Plan of Reorganization. |

Signed: _____

Print or Type Name: Jennifer Privalle

Title: Accounting Manager

Name of Company: Commercial Fire and Communications, Inc.

Address: 16333 Bay Vista Drive, Clearwater, FL 33760.

| This ballot must be received on or before November 28, 2021 at the Court at the following address: | A copy of this ballot must be sent to: |
|---|---|
| CLERK, United States Bankruptcy Court for the Middle District of Florida<br>    Sam M. Gibbins U.S. Courthouse<br>    801 N Florida Avenue, Suite 555<br>    Tampa, Florida, 33602-3826<br><br>**Or submitted electronically through the Court's website at:**<br><br>www.flmb.uscourts.gov<br><br>and selecting "Electronic Filings" and "Chapter 11 Ballots" | Underwood Murray P.A.<br>c/o Scott A. Underwood<br>100 N Tampa, Suite 2325<br>Tampa, Florida 33602<br>Email: dstrand@underwoodmurray.com<br>Attorneys for Debtor |

| SUMMARY OF CLASSIFICATION OF CLAIMS OR INTERESTS |  |
|---|---|
| [for a full description of the claims and interests in each class, please refer to the Debtors' Plan of Reorganization] | |
| **Class** | **Description of Claim or Interest** |
| 1 | Unsecured Claims of Bestenheider against FICO |
| 2 | Unsecured Claims against FICO |
| 3 | Equity Interests in FICO |
| 4 | Unsecured Claims of Bestenheider Against Parusa |
| 5 | Unsecured Claims against Parusa |
| 6 | Equity Interests in Parusa |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re | Chapter 11 |
| PARUSA INVESTMENT CORPORATION | Case No. 8:21-bk-03854-MGW |
| | *Jointly Administered* |
| FICO FINANCIAL CORPORATION | Case No. 8:21-bk-03853 |
| Debtors | |

_____/

### BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF REORGANIZATION

    The Joint Plan of Reorganization of Parusa Investment Corporation and FICO Financial Corporation, (the "**Plan**") (Doc. No. 108) filed by Parusa Investment Corporation and FICO Financial Corporation, (collectively the "**Debtors**") can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan.

    In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

    To have your vote count, you must complete and return this ballot.

Name of Creditor: *C V PREMIER*

Amount of Claim: $ *8,426.13*

Class: (circle one)    1    2    3    4    (5)    6

The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above

    [X] Accepts                  [ ] Rejects

the Debtors' Plan of Reorganization.

1

Signed: _____

Print or Type Name: M A R K   V A K O S

Title: P R E S I D E N T

Name of Company: C V   P R E M I E R

Address: 1927 BRENTON ST, IRVING, TX 75062

| This ballot must be received on or before November 28, 2021 at the Court at the following address: | A copy of this ballot must be sent to: |
|---|---|
| CLERK, United States Bankruptcy Court for the Middle District of Florida<br>    Sam M. Gibbins U.S. Courthouse<br>    801 N Florida Avenue, Suite 555<br>    Tampa, Florida, 33602-3826<br><br>**Or submitted electronically through the Court's website at:**<br><br>www.flmb.uscourts.gov<br><br>and selecting "Electronic Filings" and "Chapter 11 Ballots" | Underwood Murray P.A.<br>c/o Scott A. Underwood<br>100 N Tampa, Suite 2325<br>Tampa, Florida 33602<br>Email: dstrand@underwoodmurray.com<br>Attorneys for Debtor |

| SUMMARY OF CLASSIFICATION OF CLAIMS OR INTERESTS | |
|---|---|
| [for a full description of the claims and interests in each class, please refer to the Debtors' Plan of Reorganization] | |
| **Class** | **Description of Claim or Interest** |
| 1 | Unsecured Claims of Bestenheider against FICO |
| 2 | Unsecured Claims against FICO |
| 3 | Equity Interests in FICO |
| 4 | Unsecured Claims of Bestenheider Against Parusa |
| 5 | Unsecured Claims against Parusa |
| 6 | Equity Interests in Parusa |

2

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION
www.flmb.uscourts.gov

In re

PARUSA INVESTMENT CORPORATION

FICO FINANCIAL CORPORATION

Debtors

_____/

Chapter 11

Case No. 8:21-bk-03854-MGW

*Jointly Administered*

Case No. 8:21-bk-03853

## BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF REORGANIZATION

The Joint Plan of Reorganization of Parusa Investment Corporation and FICO Financial Corporation, (the "**Plan**") (Doc. No. 108) filed by Parusa Investment Corporation and FICO Financial Corporation, (collectively the "**Debtors**") can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan.

In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

To have your vote count, you must complete and return this ballot.

Name of Creditor: DRS GLOBAL ENTERPRISE SOLUTIONS, INC.

Amount of Claim: $ 633,500.00

Class: (circle one)      1      ②      3      4      5      6

The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above

[X] Accepts                               [ ] Rejects

the Debtors' Plan of Reorganization.

Signed: _____

Print or Type Name: ___MICHAEL DIPPOLD___

Title: ___TREASURER___

Name of Company: ___DRS GLOBAL ENTERPRISE SOLUTIONS, INC.___

Address: ___2345 CRYSTAL DRIVE, ARLINGTON, VA 22202___

| This ballot must be received on or before November 28, 2021 at the Court at the following address: | A copy of this ballot must be sent to: |
|---|---|
| CLERK, United States Bankruptcy Court for the Middle District of Florida<br>    Sam M. Gibbins U.S. Courthouse<br>    801 N Florida Avenue, Suite 555<br>    Tampa, Florida, 33602-3826<br><br>**Or submitted electronically through the Court's website at:**<br><br>www.flmb.uscourts.gov<br><br>and selecting "Electronic Filings" and "Chapter 11 Ballots" | Underwood Murray P.A.<br>c/o Scott A. Underwood<br>100 N Tampa, Suite 2325<br>Tampa, Florida 33602<br>Email: dstrand@underwoodmurray.com<br>Attorneys for Debtor |

**SUMMARY OF CLASSIFICATION OF CLAIMS OR INTERESTS**
[for a full description of the claims and interests in each class, please refer to the Debtors' Plan of Reorganization]

| Class | Description of Claim or Interest |
|---|---|
| 1 | Unsecured Claims of Bestenheider against FICO |
| 2 | Unsecured Claims against FICO |
| 3 | Equity Interests in FICO |
| 4 | Unsecured Claims of Bestenheider Against Parusa |
| 5 | Unsecured Claims against Parusa |
| 6 | Equity Interests in Parusa |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re | Chapter 11 |
| PARUSA INVESTMENT CORPORATION | Case No. 8:21-bk-03854-MGW |
| | *Jointly Administered* |
| FICO FINANCIAL CORPORATION | Case No. 8:21-bk-03853 |
| Debtors | |

_____/

## BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF REORGANIZATION

The Joint Plan of Reorganization of Parusa Investment Corporation and FICO Financial Corporation, (the "**Plan**") (Doc. No. 108) filed by Parusa Investment Corporation and FICO Financial Corporation, (collectively the "**Debtors**") can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan.

In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

To have your vote count, you must complete and return this ballot.

| | |
|---|---|
| Name of Creditor: DynaFire | |
| Amount of Claim: $ 117.70 | |
| Class: (circle one)    1    (2)    3    4    5    6 | |

The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above

[X] Accepts                                          [ ] Rejects

the Debtors' Plan of Reorganization.

Signed: _____

Print or Type Name: *Venesa Mercado*

Title: *Accounting Specialist*

Name of Company: DynaFire

Address: *109 B Concord Dr Casselberry FL 32707*

| This ballot must be received on or before November 28, 2021 at the Court at the following address: | A copy of this ballot must be sent to: |
|---|---|
| CLERK, United States Bankruptcy Court for the Middle District of Florida<br>    Sam M. Gibbins U.S. Courthouse<br>    801 N Florida Avenue, Suite 555<br>    Tampa, Florida, 33602-3826<br><br>**Or submitted electronically through the Court's website at:**<br><br>www.flmb.uscourts.gov<br><br>and selecting "Electronic Filings" and "Chapter 11 Ballots" | Underwood Murray P.A.<br>c/o Scott A. Underwood<br>100 N Tampa, Suite 2325<br>Tampa, Florida 33602<br>Email: dstrand@underwoodmurray.com<br>Attorneys for Debtor |

| SUMMARY OF CLASSIFICATION OF CLAIMS OR INTERESTS<br>[for a full description of the claims and interests in each class,<br>please refer to the Debtors' Plan of Reorganization] | |
|---|---|
| **Class** | **Description of Claim or Interest** |
| 1 | Unsecured Claims of Bestenheider against FICO |
| 2 | Unsecured Claims against FICO |
| 3 | Equity Interests in FICO |
| 4 | Unsecured Claims of Bestenheider Against Parusa |
| 5 | Unsecured Claims against Parusa |
| 6 | Equity Interests in Parusa |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re                                                                Chapter 11

PARUSA INVESTMENT CORPORATION                  Case No. 8:21-bk-03854-MGW

                                                                    *Jointly Administered*

FICO FINANCIAL CORPORATION                         Case No. 8:21-bk-03853

                      Debtors
_____/

## BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF REORGANIZATION

The Joint Plan of Reorganization of Parusa Investment Corporation and FICO Financial Corporation, (the "**Plan**") (Doc. No. 108) filed by Parusa Investment Corporation and FICO Financial Corporation, (collectively the "**Debtors**") can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan.

In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

To have your vote count, you must complete and return this ballot.

Name of Creditor: _Haggerty Electric, LLC_

Amount of Claim: $ _2163.70_

Class: (circle one)          1️    2    3    4    ⑤    6

The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above

    [✓] Accepts                                         [ ] Rejects

the Debtors' Plan of Reorganization.

1

Signed: _Kenneth P. Hoggart_

Print or Type Name: _Kenneth P. Haggerty_

Title: _Owner_

Name of Company: _Haggerty Electric LLC_

Address: _P.O. Box 765161, Dallas, TX 75376-5161_

| This ballot must be received on or before November 28, 2021 at the Court at the following address: | A copy of this ballot must be sent to: |
|---|---|
| CLERK, United States Bankruptcy Court for the Middle District of Florida<br>Sam M. Gibbins U.S. Courthouse<br>801 N Florida Avenue, Suite 555<br>Tampa, Florida, 33602-3826<br><br>**Or submitted electronically through the Court's website at:**<br><br>www.flmb.uscourts.gov<br><br>and selecting "Electronic Filings" and "Chapter 11 Ballots" | Underwood Murray P.A.<br>c/o Scott A. Underwood<br>100 N Tampa, Suite 2325<br>Tampa, Florida 33602<br>Email: dstrand@underwoodmurray.com<br>Attorneys for Debtor |

## SUMMARY OF CLASSIFICATION OF CLAIMS OR INTERESTS
[for a full description of the claims and interests in each class, please refer to the Debtors' Plan of Reorganization]

| Class | Description of Claim or Interest |
|---|---|
| 1 | Unsecured Claims of Bestenheider against FICO |
| 2 | Unsecured Claims against FICO |
| 3 | Equity Interests in FICO |
| 4 | Unsecured Claims of Bestenheider Against Parusa |
| 5 | Unsecured Claims against Parusa |
| 6 | Equity Interests in Parusa |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re                                           Chapter 11

PARUSA INVESTMENT CORPORATION                   Case No. 8:21-bk-03854-MGW

                                                *Jointly Administered*

FICO FINANCIAL CORPORATION                      Case No. 8:21-bk-03853

            Debtors
_____/

## BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF REORGANIZATION

The Joint Plan of Reorganization of Parusa Investment Corporation and FICO Financial Corporation, (the "**Plan**") (Doc. No. 108) filed by Parusa Investment Corporation and FICO Financial Corporation, (collectively the "**Debtors**") can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan.

In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

To have your vote count, you must complete and return this ballot.

---

Name of Creditor: LEVCO CONSTRUCTION INC

Amount of Claim: $ 1,893.07

Class: (circle one)        1    (2)    3    4    5    6

The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above

        [✓] Accepts                          [ ] Rejects

the Debtors' Plan of Reorganization.

---

Signed: _____

Print or Type Name: _____ Rendy Levinson _____

Title: _____ President _____

Name of Company: _____ Levco Construction Inc. _____

Address: _____ 3330 Cranmore Chase, Marietta, GA 30066 _____

| This ballot must be received on or before November 28, 2021 at the Court at the following address: | A copy of this ballot must be sent to: |
|---|---|
| CLERK, United States Bankruptcy Court for the Middle District of Florida<br>    Sam M. Gibbins U.S. Courthouse<br>    801 N Florida Avenue, Suite 555<br>    Tampa, Florida, 33602-3826<br><br>**Or submitted electronically through the Court's website at:**<br><br>www.flmb.uscourts.gov<br><br>and selecting "Electronic Filings" and "Chapter 11 Ballots" | Underwood Murray P.A.<br>c/o Scott A. Underwood<br>100 N Tampa, Suite 2325<br>Tampa, Florida 33602<br>Email: dstrand@underwoodmurray.com<br>Attorneys for Debtor |

| | SUMMARY OF CLASSIFICATION OF CLAIMS OR INTERESTS |
|---|---|
| | [for a full description of the claims and interests in each class, please refer to the Debtors' Plan of Reorganization] |
| **Class** | **Description of Claim or Interest** |
| 1 | Unsecured Claims of Bestenheider against FICO |
| 2 | Unsecured Claims against FICO |
| 3 | Equity Interests in FICO |
| 4 | Unsecured Claims of Bestenheider Against Parusa |
| 5 | Unsecured Claims against Parusa |
| 6 | Equity Interests in Parusa |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re                                                          Chapter 11

PARUSA INVESTMENT CORPORATION                 Case No. 8:21-bk-03854-MGW

                                                              *Jointly Administered*

FICO FINANCIAL CORPORATION                    Case No. 8:21-bk-03853

                  Debtors
_____/

## BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF REORGANIZATION

        The Joint Plan of Reorganization of Parusa Investment Corporation and FICO Financial
Corporation, (the "**Plan**") (Doc. No. 108) filed by Parusa Investment Corporation and FICO
Financial Corporation,  (collectively the "**Debtors**") can be confirmed by the Court and thereby
made binding on you if it is accepted by the holders of two-thirds in amount and more than one-
half in number of claims in each class and the holders of two-thirds in amount of equity security
interests in each class voting on the Plan.

        In the event the requisite acceptances are not obtained, the Court may nevertheless confirm
the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes
rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

        To have your vote count, you must complete and return this ballot.

Name of Creditor: _PATTERSON INTERNATIONAL SERVICE CORP_

Amount of Claim: $ _210.00_

Class: (circle one)          1     (2)    3     4     5     6

The undersigned, a creditor of the above-named Debtors in the unpaid principal amount
stated above

        [X] Accepts                                    [ ] Rejects

the Debtors' Plan of Reorganization.

1

Signed: _Richard Lence_

Print or Type Name: _RICHARD LENCE_

Title: _PRESIDENT_

Name of Company: _PATTERSON Intl Ser Corp_

Address: _7107 N. Florida Ave_
_TAMPA, FL. 33604_

| This ballot must be received on or before November 28, 2021 at the Court at the following address:<br><br>CLERK, United States Bankruptcy Court for the Middle District of Florida<br>    Sam M. Gibbins U.S. Courthouse<br>    801 N Florida Avenue, Suite 555<br>    Tampa, Florida, 33602-3826<br><br>**Or submitted electronically through the Court's website at:**<br><br>www.flmb.uscourts.gov<br><br>and selecting "Electronic Filings" and "Chapter 11 Ballots" | A copy of this ballot must be sent to:<br><br>Underwood Murray P.A.<br>c/o Scott A. Underwood<br>100 N Tampa, Suite 2325<br>Tampa, Florida 33602<br>Email: dstrand@underwoodmurray.com<br>Attorneys for Debtor |
|---|---|

| SUMMARY OF CLASSIFICATION OF CLAIMS OR INTERESTS<br>[for a full description of the claims and interests in each class, please refer to the Debtors' Plan of Reorganization] | |
|---|---|
| **Class** | **Description of Claim or Interest** |
| 1 | Unsecured Claims of Bestenheider against FICO |
| 2 | Unsecured Claims against FICO |
| 3 | Equity Interests in FICO |
| 4 | Unsecured Claims of Bestenheider Against Parusa |
| 5 | Unsecured Claims against Parusa |
| 6 | Equity Interests in Parusa |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re                                        Chapter 11

PARUSA INVESTMENT CORPORATION                Case No. 8:21-bk-03854-MGW

                                             *Jointly Administered*

FICO FINANCIAL CORPORATION                   Case No. 8:21-bk-03853

          Debtors
_____/

## BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF REORGANIZATION

      The Joint Plan of Reorganization of Parusa Investment Corporation and FICO Financial Corporation, (the "**Plan**") (Doc. No. 108) filed by Parusa Investment Corporation and FICO Financial Corporation, (collectively the "**Debtors**") can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan.

      In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

      To have your vote count, you must complete and return this ballot.

| |
|---|
| Name of Creditor:  Saunders Ralston Dantzler Real Estate |
| Amount of Claim: $  $872.50 |
| Class: (circle one)        1      (2)      3      4      5      6 |
| The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above |
|     [X] Accepts                                    [ ] Rejects |
| the Debtors' Plan of Reorganization. |

Signed: _____

Print or Type Name: ____Gary Ralston_____

Title: ____Managing Member_____

Name of Company: ____Saunders Ralston Dantzler Real Estate____

Address: ____1723 Bartow Rd Lakeland, FL 33801____

| This ballot must be received on or before November 28, 2021 at the Court at the following address:<br><br>CLERK, United States Bankruptcy Court for the Middle District of Florida<br>   Sam M. Gibbins U.S. Courthouse<br>   801 N Florida Avenue, Suite 555<br>   Tampa, Florida, 33602-3826<br><br>**Or submitted electronically through the Court's website at:**<br><br> www.flmb.uscourts.gov<br><br>and selecting "Electronic Filings" and "Chapter 11 Ballots" | A copy of this ballot must be sent to:<br><br>Underwood Murray P.A.<br>c/o Scott A. Underwood<br>100 N Tampa, Suite 2325<br>Tampa, Florida 33602<br>Email: dstrand@underwoodmurray.com<br>Attorneys for Debtor |
|---|---|

### SUMMARY OF CLASSIFICATION OF CLAIMS OR INTERESTS
[for a full description of the claims and interests in each class, please refer to the Debtors' Plan of Reorganization]

| Class | Description of Claim or Interest |
|---|---|
| 1 | Unsecured Claims of Bestenheider against FICO |
| 2 | Unsecured Claims against FICO |
| 3 | Equity Interests in FICO |
| 4 | Unsecured Claims of Bestenheider Against Parusa |
| 5 | Unsecured Claims against Parusa |
| 6 | Equity Interests in Parusa |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re | Chapter 11 |
| PARUSA INVESTMENT CORPORATION | Case No. 8:21-bk-03854-MGW |
| | *Jointly Administered* |
| FICO FINANCIAL CORPORATION | Case No. 8:21-bk-03853 |
| Debtors | |

_____/

## BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF REORGANIZATION

The Joint Plan of Reorganization of Parusa Investment Corporation and FICO Financial Corporation, (the "**Plan**") (Doc. No. 108) filed by Parusa Investment Corporation and FICO Financial Corporation,  (collectively the "**Debtors**") can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan.

In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

To have your vote count, you must complete and return this ballot.

Name of Creditor: Sedgefield Interior Landscapes, Inc.

Amount of Claim: $ 93.50

Class: (circle one)          1     (2)     3     4     5     6

The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above

[✓] Accepts                                            [ ] Rejects

the Debtors' Plan of Reorganization.

1

Signed: *Krista McDaniel*

Print or Type Name: *Krista McDaniel*

Title: *Accounting*

Name of Company: *Sedgefield Interior Landscapes, Inc.*

Address: *3062 Kingston Ct, Marietta, GA 30067*

| This ballot must be received on or before November 28, 2021 at the Court at the following address:<br><br>CLERK, United States Bankruptcy Court for the Middle District of Florida<br>　　　Sam M. Gibbins U.S. Courthouse<br>　　　801 N Florida Avenue, Suite 555<br>　　　Tampa, Florida, 33602-3826<br><br>**Or submitted electronically through the Court's website at:**<br><br>www.flmb.uscourts.gov<br><br>and selecting "Electronic Filings" and "Chapter 11 Ballots" | A copy of this ballot must be sent to:<br><br><br>Underwood Murray P.A.<br>c/o Scott A. Underwood<br>100 N Tampa, Suite 2325<br>Tampa, Florida 33602<br>Email: dstrand@underwoodmurray.com<br>Attorneys for Debtor |
| --- | --- |

| SUMMARY OF CLASSIFICATION OF CLAIMS OR INTERESTS<br>[for a full description of the claims and interests in each class,<br>please refer to the Debtors' Plan of Reorganization] ||
| --- | --- |
| **Class** | **Description of Claim or Interest** |
| 1 | Unsecured Claims of Bestenheider against FICO |
| 2 | Unsecured Claims against FICO |
| 3 | Equity Interests in FICO |
| 4 | Unsecured Claims of Bestenheider Against Parusa |
| 5 | Unsecured Claims against Parusa |
| 6 | Equity Interests in Parusa |

eugene

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re                                                    Chapter 11

PARUSA INVESTMENT CORPORATION          Case No. 8:21-bk-03854-MGW

                                                         *Jointly Administered*

FICO FINANCIAL CORPORATION              Case No. 8:21-bk-03853

          Debtors
_____/

**BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF REORGANIZATION**

       The Joint Plan of Reorganization of Parusa Investment Corporation and FICO Financial Corporation, (the "**Plan**") (Doc. No. 108) filed by Parusa Investment Corporation and FICO Financial Corporation, (collectively the "**Debtors**") can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan.

       In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

       To have your vote count, you must complete and return this ballot.

---

Name of Creditor: _The Krauss Organization, Inc._

Amount of Claim: $ _154,544.63_

Class: (circle one)        1        (2)        3        4        5        6

The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above

    [✓] Accepts                                    [ ] Rejects

the Debtors' Plan of Reorganization.

---

1

Signed: _____

Print or Type Name: _Ryan Lolkus_____

Title: _President_____

Name of Company: _The Krauss Organization, Inc._

Address: _711 N. Sherrill St Tampa, FL 33609_

| This ballot must be received on or before November 28, 2021 at the Court at the following address: | A copy of this ballot must be sent to: |
|---|---|
| CLERK, United States Bankruptcy Court for the Middle District of Florida<br>Sam M. Gibbins U.S. Courthouse<br>801 N Florida Avenue, Suite 555<br>Tampa, Florida, 33602-3826<br><br>**Or submitted electronically through the Court's website at:**<br><br>www.flmb.uscourts.gov<br><br>and selecting "Electronic Filings" and "Chapter 11 Ballots" | Underwood Murray P.A.<br>c/o Scott A. Underwood<br>100 N Tampa, Suite 2325<br>Tampa, Florida 33602<br>Email: dstrand@underwoodmurray.com<br>Attorneys for Debtor |

| SUMMARY OF CLASSIFICATION OF CLAIMS OR INTERESTS |
|---|
| [for a full description of the claims and interests in each class, please refer to the Debtors' Plan of Reorganization] |

| Class | Description of Claim or Interest |
|---|---|
| 1 | Unsecured Claims of Bestenheider against FICO |
| 2 | Unsecured Claims against FICO |
| 3 | Equity Interests in FICO |
| 4 | Unsecured Claims of Bestenheider Against Parusa |
| 5 | Unsecured Claims against Parusa |
| 6 | Equity Interests in Parusa |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re                                                      Chapter 11

PARUSA INVESTMENT CORPORATION          Case No. 8:21-bk-03854-MGW

                                                           *Jointly Administered*

FICO FINANCIAL CORPORATION                Case No. 8:21-bk-03853

              Debtors
_____/

## BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF REORGANIZATION

       The Joint Plan of Reorganization of Parusa Investment Corporation and FICO Financial Corporation, (the "**Plan**") (Doc. No. 108) filed by Parusa Investment Corporation and FICO Financial Corporation, (collectively the "**Debtors**") can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan.

       In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

       To have your vote count, you must complete and return this ballot.

| |
|---|
| Name of Creditor: *The Service Fort, LLC* |
| Amount of Claim: $ *5,531.23* |
| Class: (circle one)　　　1　　(2)　　3　　4　　5　　6 |
| The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above |
|     [ ✓ ] Accepts　　　　　　　　　　[ ] Rejects |
| the Debtors' Plan of Reorganization. |

1

Signed: _____

Print or Type Name: _Jason Fort_____

Title: _COO_____

Name of Company: _The Service Fort, LLC_____

Address: _4153 Roswell Road NE - Atlanta, GA 30342_

| This ballot must be received on or before November 28, 2021 at the Court at the following address: | A copy of this ballot must be sent to: |
|---|---|
| CLERK, United States Bankruptcy Court for the Middle District of Florida<br>    Sam M. Gibbins U.S. Courthouse<br>    801 N Florida Avenue, Suite 555<br>    Tampa, Florida, 33602-3826<br><br>**Or submitted electronically through the Court's website at:**<br><br>www.flmb.uscourts.gov<br><br>and selecting "Electronic Filings" and "Chapter 11 Ballots" | Underwood Murray P.A.<br>c/o Scott A. Underwood<br>100 N Tampa, Suite 2325<br>Tampa, Florida 33602<br>Email: dstrand@underwoodmurray.com<br>Attorneys for Debtor |

| SUMMARY OF CLASSIFICATION OF CLAIMS OR INTERESTS | |
|---|---|
| [for a full description of the claims and interests in each class, please refer to the Debtors' Plan of Reorganization] | |
| **Class** | **Description of Claim or Interest** |
| 1 | Unsecured Claims of Bestenheider against FICO |
| 2 | Unsecured Claims against FICO |
| 3 | Equity Interests in FICO |
| 4 | Unsecured Claims of Bestenheider Against Parusa |
| 5 | Unsecured Claims against Parusa |
| 6 | Equity Interests in Parusa |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re                                                  Chapter 11

PARUSA INVESTMENT CORPORATION          Case No. 8:21-bk-03854-MGW

                                                       *Jointly Administered*

FICO FINANCIAL CORPORATION             Case No. 8:21-bk-03853

              Debtors

_____/

## BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF REORGANIZATION

The Joint Plan of Reorganization of Parusa Investment Corporation and FICO Financial Corporation, (the "**Plan**") (Doc. No. 108) filed by Parusa Investment Corporation and FICO Financial Corporation, (collectively the "**Debtors**") can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan.

In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

To have your vote count, you must complete and return this ballot.

Name of Creditor: Wright, Ponsoldt & Lozeau, Trial Attorneys, LLP

Amount of Claim: $58,080.96

Class: (circle one)      1      2      3      4      ⑤      6

The undersigned, a creditor of the above-named Debtors in the unpaid principal amount stated above

      [X] Accepts                              [ ] Rejects

the Debtors' Plan of Reorganization.

Signed: _____

Print or Type Name: ____Tim B. Wright_____

Title: ____Partner_____

Name of Company: ____Wright, Ponsoldt & Lozeau, Trial Attorneys, LLP____

Address: ___1002 SE Monterey Commons Blvd, Ste. 100, Stuart , FL 34996___

| This ballot must be received on or before November 28, 2021 at the Court at the following address: | A copy of this ballot must be sent to: |
|---|---|
| CLERK, United States Bankruptcy Court for the Middle District of Florida<br>Sam M. Gibbins U.S. Courthouse<br>801 N Florida Avenue, Suite 555<br>Tampa, Florida, 33602-3826<br><br>**Or submitted electronically through the Court's website at:**<br><br>www.flmb.uscourts.gov<br><br>and selecting "Electronic Filings" and "Chapter 11 Ballots" | Underwood Murray P.A.<br>c/o Scott A. Underwood<br>100 N Tampa, Suite 2325<br>Tampa, Florida 33602<br>Email: dstrand@underwoodmurray.com<br>Attorneys for Debtor |

| SUMMARY OF CLASSIFICATION OF CLAIMS OR INTERESTS | |
|---|---|
| [for a full description of the claims and interests in each class, please refer to the Debtors' Plan of Reorganization] | |
| **Class** | **Description of Claim or Interest** |
| 1 | Unsecured Claims of Bestenheider against FICO |
| 2 | Unsecured Claims against FICO |
| 3 | Equity Interests in FICO |
| 4 | Unsecured Claims of Bestenheider Against Parusa |
| 5 | Unsecured Claims against Parusa |
| 6 | Equity Interests in Parusa |