**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re                                               Chapter 11

PARUSA INVESTMENT CORPORATION          Case No. 8:21-bk-03854-MGW

                                                    *Jointly Administered*

FICO FINANCIAL CORPORATION              Case No. 8:21-bk-03853-MGW

         Debtors.
_____/

## <u>NOTICE OF FILING BALLOTS</u>

        Parusa Investment Corporation and FICO Financial Corporation (the "**Debtors**"), by and through undersigned counsel, file this Notice of Filing the attached Ballots, which have been submitted online on behalf of the creditors listed below:

        1.      City of Lake Wales

        2.      ProWasteUSA LLC

        3.      Rainmaker Irrigation and Landscaping, Inc.


        Dated: December 1, 2021.

                                        Respectfully submitted,

                                        /s/ Megan W. Murray
                                        Scott A. Underwood
                                        Florida Bar Number: 0730041
                                        Megan W. Murray
                                        Florida Bar Number: 0093922
                                        Adam M. Gilbert
                                        Florida Bar Number: 1011637
                                        UNDERWOOD MURRAY, P.A.
                                        Regions Building
                                        100 N Tampa St., Suite 2325
                                        Tampa. Fl. 33602

Tel: (813)-540-8401 / Fax: (813) 553-5345
Email:  sunderwood@underwoodmurray.com
           mmurray@underwoodmurray.com
           agilbert@underwoodmurray.com
*Counsel to the Debtors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with

the Clerk of Court, has been furnished electronically to those parties registered to receive service

via CM/ECF, on December 1, 2021.

/s/ Megan W. Murray, Esq.
Fla. Bar No. 0093922